# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SALVATORI AVINI,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>      Defendants. | No. CV 07-6284-SVW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the third amended complaint with prejudice for failure to state a claim. IT IS FURTHER ORDERED that the City of Los Angeles' motion to dismiss is denied as moot.

DATED: July 1, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE