UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SALVATORI AVINI, | ) | No. CV 07-6284-SVW (AGR) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the third amended complaint is dismissed with prejudice for failure to state a claim.

DATED: July 1, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE